NO._____      LAUREL CIRCUIT COURT
DIVISION_____
*Electronically Filed*

ARTHUR MONHOLLEN      PLAINTIFF

vs.      **COMPLAINT**

GENERAL MOTORS, LLC.      DEFENDANTS
300 Renaissance Center
Detroit, MI 48265

    **SERVE:**     **CORPORATION SERVICE COMPANY**
                         **421 W. Main St.**
                         **Frankfort, KY 40601**

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

Comes the Plaintiff, Arthur Monhollen, by counsel, and for his Complaint against the Defendant, General Motors, LLC, hereby states as follows:

1. Plaintiff is now, and was at all times relevant herein, a resident of Laurel County, Kentucky.

2. Defendant, General Motors, LLC, (hereinafter "Defendant"), was at all times relevant herein, a Foreign Limited Liability Company with a principal place of business being 300 Renaissance Center, Detroit, MI 48265.

**FACTS**

3. That on or about October 25, 2020, the Plaintiff was the driver of a vehicle being operated in Laurel County, Kentucky. That at said time and place, Plaintiff lost control of his vehicle resulting in injury when his air bags failed.

Filed 21-CI-00766 10/25/2021 Roger Schott, Laurel Circuit Clerk

NOT ORIGINAL DOCUMENT
11/19/2021 11:48:18 AM
88910-56

4. That the negligence of the Defendant was a substantial factor in causing the Plaintiff to suffer, both in the past and the future, the following injuries and damages: pain, suffering and anguish; loss in value to, and/or loss of use of, his personal property; the incursion of resultant medical expenses; lost wages and impairment of his power to labor and earn money; and other incidental and consequential damages, all in an amount in excess of the minimum jurisdictional amounts of this Court.

## **COUNT I**

5. Plaintiff herby affirms, reiterates, and incorporates all of the allegations previously stated as if they had been laid out in full.

6. At all times mentioned here, Defendant, acting by and through their employees or authorized agents who where there and then acting within the scope of their employment or authority, design, manufactured, distributed, sold and/or maintained technology used in a GM Cadillac for use by persons.

7. Prior to October 25, 2020, and at all times relevant herein, Defendant and/or its predecessors in interest, all acting through their employment authorized agents within the scope of their employment or authority, designed, manufactured, distributed, sold and/or maintained technology used in a GM Cadillac that eventually made its way to the Plaintiff.

8. Defendant owed a duty to the public generally, and to the Plaintiff specifically, to operate its business in a reasonable and prudent manner.

9. Defendant deviated from acceptable standards of care expected of reasonably prudent companies under the same or similar circumstances in the manner in which it promoted, designed, manufactured, distributed, installed and serviced the GM Cadillac.

10. Said deviations were a substantial factor in causing Plaintiff's damages.

11. Defendant is liable to Plaintiff for damages under the cause of action of negligence.

**WHEREFORE**, the Plaintiff demands as follows:

1. Judgment against the Defendant in an amount sufficient to compensate Plaintiff for the damages alleged herein;

2. Damages for embarrassment, humiliation, inconvenience, mental anguish, and pain and suffering resulting from Defendant's conduct.

3. Punitive damages as proven at trial against Defendant for its intentional and/or reckless disregard of Plaintiff's rights.

4. Trial by jury on all issues so triable;

5. Plaintiff's costs herein expended; and

6. Any and all just and proper relief to which Plaintiff may be entitled.

Respectfully submitted,

*ANDERSON & VAUGHN, PLLC*

*/s/ Liddell Vaughn*
**LIDDELL VAUGHN**
P.O. Box 517
Louisville, KY 40201-0517
(502) 637-3335 *Telephone*
(502) 637-2774 *Facsimile*